IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| AMANDA BEHENDRESEN DALTON, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 3:12-CV-82 (CDL) |
| VANHEATH LLP and HEATH BURTON, | * |
| Defendants. | * |

O R D E R

Plaintiff Amanda Behendresen Dalton has moved this Court to issue an alias execution to replace the lost original of the Writ of Execution filed as to Defendant Heath Burton. After consideration of the motion and the affidavit attesting that the document has been lost or destroyed, the Court grants the Motion (ECF No. 43). Accordingly, it is hereby considered, ordered and adjudged that the alias execution of said Writ will be issued to Plaintiff's attorney, Linda Aronson.

IT IS SO ORDERED, this 18th day of October, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA